IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Creager, :
:
    Plaintiff(s), :
: Case Number: 1:17cv350
vs. :
: Judge Susan J. Dlott
David Duchak, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 19, 2017 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 3, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, all of plaintiff's motions for a protective order and/or for other preliminary injunctive relieve (Docs. 8, 10, 13, 15, 16, 19, 20) are DENIED on the merits, as duplicative, and as rendered moot by plaintiff's recent transfer from Miami County Jail.

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Judge Susan J. Dlott
                                                      United States District Court