IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Creager,

    Plaintiff(s),

vs.

David Duchak, et al.,

    Defendant(s).

Case Number: 1:17cv350

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 8, 2018 (Doc. 86), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 22, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss for lack of jurisdiction (Docs. 39, 71) are GRANTED. Plaintiff's motions to further amend his complaint (Docs. 57, 84) as well as all motions seeking a temporary restraining order or various forms of preliminary injunctive relief (Docs. 56, 60, 64) are DENIED.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court